THE LAW OFFICE OF ABTIN AMIR, PC
Abtin Amir, CA Bar No. 305091
A.Amir@AbtinAmirLaw.com
Ivana (Bolcheva) Saddigh, CA Bar No. 331685
I.Saddigh@AbtinAmirLaw.com
4500 Park Granada, Suite 202
Calabasas, CA 91302
Tel No: (818) 336-1324

Attorney for Defendant,
BMW OF NORTH AMERICA, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE SINANYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:21-cv-2197 VAP (DFM)<br><br>LASC Case No. Case No. 20CHCV00413<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION**<br><br>Virginia A. Phillips<br>Honorable United States Judge<br><br>Date Action Filed: July 16, 2020 |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES (Dkt. 18), IT IS HEREBY ORDERED THAT:

1. The Court dismisses this entire action with prejudice.
2. The Court retains jurisdiction over the Parties to enforce the terms of their settlement agreement entitled "Confidential Settlement Agreement and General Release."

Date: 11/01/2021

_____
Hon. Virginia A. Phillips
United States Judge

THE LAW OFFICE OF ABTIN AMIR, PC

- 2 -

STIPULATION REQUESTING THE COURT DISMISS THIS ENTIRE ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION PURSUANT TO CODE OF CIVIL PROCEDURE § 664.6; [PROPOSED] ORDER